# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARA ARMAS, JASON BUSKEY, and all other similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>DRIV INC.,<br><br>      Defendant. | Case No. 4:23-cv-11745-SDK-DRG<br><br>Judge Shalina D. Kumar<br>Magistrate Judge David R. Grand |

## ORDER OF DISMISSAL

This matter having come before the Court on the stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the case is dismissed with prejudice and without costs or attorneys' fees to either party.

SO ORDERED.

Date: November 28, 2023

s/Shalina D. Kumar
Hon. Shalina D. Kumar
United States District Judge

MJ_DMS 37094138v1